**Howard M. FITZGERALD; Patricia A. Fitzgerald, Plaintiffs–Appellants,**

v.

**CITY OF PETERSBURG, Defendant–Appellee.**

No. 14–2077.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 18, 2015.

Howard M. and Patricia A. Fitzgerald, Appellants Pro Se. Maurice Scott Fisher, Jr., Harman, Claytor, Corrigan & Wellman, Richmond, Virginia, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard M. and Patricia A. Fitzgerald appeal the district court's orders denying their motions for reconsideration. *See* Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fitzgerald v. City of Petersburg,* No. 3:14–cv–00333–HEH (E.D.Va. Aug. 12, 2014 & Sept. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*